UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-304 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| SAETERN LO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:   Possession of Crack Cocaine with Intent to Distribute;
21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(iii), and 18 U.S.C. § 922(g)(1)

<u>Date of Detention Hearing</u>:

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Although defendant is only 23 years of age, he has a significant record of serious

01 criminal offenses. This includes juvenile adjudications of robbery (1st and 2nd degree), possession
02 of stolen property (2nd degree), and theft (3rd degree). His adult record includes five convictions
03 for controlled substance offenses, and obstruction of a law enforcement officer.

04     (2) At the time of his arrest in this case, he possessed a loaded .38 caliber revolver,
05 which had been reported stolen. He also possessed crack cocaine.

06     (3) Defendant acknowledged he is a member of the "Young Oriental Troop," which
07 is a subset of the Crips gang.

08     (4) There does not appear to be any condition or combination of conditions that will
09 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
10 to other persons or the community.

11 It is therefore ORDERED:

12     (1) Defendant shall be detained pending trial and committed to the custody of the
13         Attorney General for confinement in a correction facility separate, to the extent
14         practicable, from persons awaiting or serving sentences or being held in custody
15         pending appeal;

16     (2) Defendant shall be afforded reasonable opportunity for private consultation with
17         counsel;

18     (3) On order of a court of the United States or on request of an attorney for the
19         Government, the person in charge of the corrections facility in which defendant is
20         confined shall deliver the defendant to a United States Marshal for the purpose of
21         an appearance in connection with a court proceeding; and

22     (4) The clerk shall direct copies of this Order to counsel for the United States, to

01 counsel for the defendant, to the United States Marshal, and to the United States

02 Pretrial Services Officer.

03 DATED this 11th day of July, 2008.

_____
John L. Weinberg
United States Magistrate Judge

DETENTION ORDER 15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 3